## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DARREL ARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CIV-10-1211-M |
| | ) | |
| vs. | ) | |
| | ) | **COMPLAINT** |
| PORTFOLIO RECOVERY | ) | |
| ASSOCIATES, LLC., | ) | |
| | ) | |
| | ) | **JURY TRIAL REQUESTED** |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiffs have filed with the Clerk of the District Court of the Western District of Oklahoma, Plaintiff's Notice of Settlement. Plaintiff hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter.

Respectfully submitted,
**DARREL ARNETT**

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFFS
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com

I HEREBY CERTIFY THAT this Notice was filed on this <u>10th</u> day of January, 2011, by means of the CM/ECF system which will send notice of electronic filing to the following: Mr. Kevin Duffan, keduffan@portfoliorecovery.com.

By: <u>s/ Alex Weisberg</u>
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFFS
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com